UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| ELVIS MOODIE, RAYON FISHER, DESMOND ELLIS, and KEISHA COLLINS-ENNIS, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>KIAWAH ISLAND INN COMPANY, LLC, d/b/a KIAWAH ISLAND GOLF RESORT,<br><br>    Defendant. | Case No. 2:15-cv-01097-RMG |

**PLAINTIFFS' MOTION FOR APPROVAL OF COSTS AND ATTORNEYS' FEES ASSOCIATED WITH CLASS ACTION SETTLEMENT AGREEMENT**

Pursuant to Rules 23(h) and 54(d)(2) of the Federal Rules of Civil Procedure, Local Rule 54.02, and this Court's June 14, 2016 Order, Plaintiffs hereby move the Court for approval of the $300,000 in costs and attorneys' fees agreed to by the parties as part of their class action settlement.

The parties have submitted a joint motion for final approval of their class action settlement. The settlement agreement includes a provision that would pay Class Counsel $300,000 to compensate them for costs and attorneys' fees. This figure is separate from the provision in the agreement to pay $2,000,000 to a Class Settlement Fund. Plaintiffs hereby move the court for approval of the $300,000 in costs and attorneys' fees associated with the class action settlement agreement.

1

This motion is supported by the accompanying memorandum and its attached declarations. Plaintiffs' counsel has consulted with counsel for the Defendant and they do not oppose this motion.

Respectfully submitted,

/s/ Nancy Bloodgood
Nancy Bloodgood (Federal Bar No. 5208)
nbloodgood@fosterfoster.com
Lucy Sanders (Federal Bar No. 10834)
lsanders@fosterfoster.com
Bloodgood & Sanders, L.L.C.
242 Mathis Ferry Road, Suite 201
Mount Pleasant, SC 29464
Telephone: (843) 972-0313
Facsimile: (843) 352-4714

Sarah M. Rich* (GA Bar No. 281985)
sarah.rich@splcenter.org
James M. Knoepp* (GA Bar No. 366241)
jim.knoepp@splcenter.org
Michelle R. Lapointe* (GA Bar No. 007080)
michelle.lapointe@splcenter.org
Southern Poverty Law Center
1989 College Ave. NE
Atlanta, GA 30317
Telephone: (404) 521-6700
Facsimile: (404) 221-5857

*Admitted *pro hac vice*.

ATTORNEYS FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have this date electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification to the following attorneys for the Defendants:

Cherie W. Blackburn
Molly Hughes Cherry
Nexsen Pruet, LLC
205 King Street, Suite 400 (29401)
P.O. Box 486
Charleston, SC  29402
cblackburn@nexsentpruet.com
mcherry@nexsentpruet.com

James B. Hood
Hood Law Firm, LLC
172 Meeting Street
Charleston, SC  29401
james.hood@hoodlaw.com

David J. Garrett
Nexsen Pruet, LLC
4141 Parklake Avenue, Suite 200
Raleigh, NC  27612
dgarrett@nexsenpruet.com

    /s/ Nancy Bloodgood

this 5th day of December, 2016.