UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| ELVIS MOODIE, RAYON FISHER, DESMOND ELLIS, and KEISHA COLLINS-ENNIS, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> KIAWAH ISLAND INN COMPANY, LLC, d/b/a KIAWAH ISLAND GOLF RESORT, <br><br> Defendant. | Case No. 2:15-cv-01097-RMG |

## DECLARATION OF MICHELLE LAPOINTE

1. I am a Senior Staff Attorney at the Southern Poverty Law Center ("SPLC") and one of Plaintiffs' attorneys (and Class Counsel) in this matter.

2. I am admitted to practice in the state courts of Georgia, the U.S. District Court for the Northern District of Georgia, and the United States Courts of Appeals for the Fourth, Fifth, Ninth, Eleventh, and District of Columbia Circuits. I earned my Juris Doctor Degree from the American University Washington College of Law, *magna cum laude*, and was awarded the Order of the Coif, in 2008. I was admitted to practice in Georgia that same year.

3. During my legal career, I have represented thousands of clients in class action and other complex litigation.

4. I am currently a Senior Staff Attorney at the Southern Poverty Law Center's Immigrant Justice Project, where I have worked since September 2008. From September 2008 until September 2010, I served as a Law Fellow at SPLC. I became a Staff Attorney in September 2010 and a Senior Staff Attorney in 2014.

1

5. During the course of this litigation, I have kept contemporaneous time records related to my work on this case. Those time records are recorded in SPLC's computerized document management and timekeeping software during the normal course and scope of my work. My time records related to this case are attached to this Declaration as Exhibit A.

6. James Knoepp, who is the most senior attorney from SPLC assigned to this case, added fields to Exhibit A for my proposed rate, the total lodestar for each entry, and the notes field. Mr. Knoepp, in his role as lead attorney from SPLC on this case, has reviewed my time records and eliminated certain entries in the exercise of billing judgment. Those reductions in the lodestar associated with my work on the case are reflected in the attached Exhibit A, both in the "Total" field and the "Notes" field for each row.

7. My office filed an attorneys' fees petition in *Nunag-Tanedo v. E. Baton Rouge Parish Sch. Bd.*, Case No. 8:10-cv-01172-JAK-MLG. That case was pending before the United States District Court for the Central District of California in Los Angeles. In 2013 the court awarded attorneys' fees to the plaintiffs and based the award on a rate of $350 per hour for my work on the case.

8. Pursuant to 28 U.S.C. § 1746 and under penalty of perjury, I declare that the foregoing facts are true and correct to the best of my knowledge.

Dated: December 2, 2016

Michelle Lapointe

| Date | Description | Staff | Due/Qty | Proposed Rate | Amount | Notes |
|---|---|---|---|---|---|---|
| 12/17/2015 | Call with opposing counsel on payroll production issues and deposition scheduling | Lapointe | 0.7 | $0.00 | $0.00 | Eliminated in the exercise of billing judgment |
| 12/18/2015 | Conference call with opposing counsel re discovery issues | Lapointe | 0.5 | $0.00 | $0.00 | Eliminated in the exercise of billing judgment |
| 1/28/2016 | Second-chaired deposition of J. Hobbs (FLECTS) | Lapointe | 1.5 | $0.00 | $0.00 | Eliminated in the exercise of billing judgment |
| 1/28/2016 | Second chaired deposition of Perry Wells (FLECTS) | Lapointe | 3 | $0.00 | $0.00 | Eliminated in the exercise of billing judgment |
| 3/4/2015 | Prepare PHV application and motion | Lapointe | 0.6 | $0.00 | $0.00 | Eliminated in the exercise of billing judgment |
| 5/5/2015 | Participate in Rule 26(f) conference | Lapointe | 0.8 | $0.00 | $0.00 | Eliminated in the exercise of billing judgment |
| 5/5/2015 | Prepare for Rule 26(f) conference | Lapointe | 0.5 | $0.00 | $0.00 | Eliminated in the exercise of billing judgment |
| 5/5/2015 | Meeting with Jim Knoepp to discuss Rule 26(f) conference | Lapointe | 0.7 | $0.00 | $0.00 | Eliminated in the exercise of billing judgment |
| 12/14/2015 | Second-chaired deposition of J. Simpson | Lapointe | 5.2 | $0.00 | $0.00 | Eliminated in the exercise of billing judgment |
| 1/11/2016 | Participate in Karla Bujak deposition | Lapointe | 5.8 | $0.00 | $0.00 | Eliminated in the exercise of billing judgment |
| 2/27/2015 | Call with SR, JK, Nancy Bloodgood re: co-counseling | Lapointe | 0.3 | $375.00 | $112.50 | |
| 3/3/2015 | Reviewed and edited draft complaint | Lapointe | 2.4 | $375.00 | $900.00 | |
| 3/4/2015 | Discussions with Jim on SOL for Ks in SC, research on arising under federal statute language | Lapointe | 1.2 | $375.00 | $450.00 | |
| 3/4/2015 | Research on SCPWA and SOL on K claims in SC | Lapointe | 1.3 | $375.00 | $487.50 | |
| 3/5/2015 | Discussions with Sarah and Jim on SCPWA | Lapointe | 0.3 | $375.00 | $112.50 | |
| 3/5/2015 | Additional review of and edits to draft of Kiawah complaint | Lapointe | 1 | $375.00 | $375.00 | |
| 3/5/2015 | Meeting with Jim Knoepp to discuss final edits to Complaint; call with co-counsel to discuss final changes; legal research on SCPWA | Lapointe | 0.8 | $375.00 | $300.00 | |
| 3/9/2015 | Team meeting to plan next steps including filing of R. 23 and collective action motions, service, client issues | Lapointe | 0.6 | $375.00 | $225.00 | |
| 3/18/2015 | Review and edit mem of law ISO collective action cert motion | Lapointe | 1 | $375.00 | $375.00 | |
| 3/27/2015 | Conference call with Keish Collins-Ennis re next steps in lawsuit | Lapointe | 0.3 | $375.00 | $112.50 | |
| 3/27/2015 | Conference call with SR, CIM and el Desmond Ellis to discuss serving process on Kiawah and next steps in case | Lapointe | 0.1 | $375.00 | $37.50 | |
| 3/27/2015 | Conference call with SR, DP, CM and client Rayon Fisher to discuss next steps in case including service of cmplt and possible discovery | Lapointe | 0.3 | $375.00 | $112.50 | |
| 4/1/2015 | Review and edit class action motion | Lapointe | 0.4 | $375.00 | $150.00 | |
| 4/1/2015 | Review and edit collective action motion and notice | Lapointe | 0.6 | $375.00 | $225.00 | |
| 4/7/2015 | Edited memo in support of R. 23 motion | Lapointe | 1.2 | $375.00 | $450.00 | |
| 4/8/2015 | Emails with Meredith Stewart re SPWD | Lapointe | 0.3 | $375.00 | $112.50 | |
| 4/22/2015 | Review Kiawah's motion to dismiss | Lapointe | 1 | $375.00 | $375.00 | |
| 4/27/2015 | Discuss Kiawah outreach with Carmen and Emily | Lapointe | 0.5 | $375.00 | $187.50 | |
| 4/29/2015 | Meet with Jim Knoepp and Meredith Stewart to discuss legal arguments in response to MTD | Lapointe | 0.5 | $375.00 | $187.50 | |
| 5/4/2015 | Draft response to Kiawah's MTD | Lapointe | 5 | $375.00 | $1,875.00 | |
| 5/6/2015 | draft response to MTD | Lapointe | 11 | $375.00 | $4,125.00 | |
| 5/7/2015 | draft response to MTD | Lapointe | 6 | $375.00 | $2,250.00 | |
| 5/8/2015 | Edits and additions to opposition to Kiawah's MTD | Lapointe | 5.25 | $375.00 | $1,968.75 | |
| 5/11/2015 | Review Kiawah outreach memo and comment on same | Lapointe | 0.6 | $375.00 | $225.00 | |
| 5/18/2015 | Review defendant's opposition to Rule 23 class certification | Lapointe | 0.3 | $375.00 | $112.50 | |
| 5/18/2015 | Call with Cherie Blackburn re motion to stay and Rule 26(f) report | Lapointe | 0.3 | $375.00 | $112.50 | |
| 5/19/2015 | Discuss Kiawah's Rule 23 opposition with Jim | Lapointe | 0.2 | $375.00 | $75.00 | |
| 5/19/2015 | Researching and drafting reply in support of Rule 23 motion | Lapointe | 5.3 | $375.00 | $1,987.50 | |
| 5/20/2015 | Drafting reply in support of Rule 23 motion and FLSA collective action | Lapointe | 4.3 | $375.00 | $1,612.50 | |
| 5/21/2015 | Prepare Rule 26(f) report, amended scheduling order, mediation form | Lapointe | 3.08 | $375.00 | $1,155.00 | |
| 5/21/2015 | Drafting reply in support of Rule 23 motion and FLSA collective action certification | Lapointe | 3 | $375.00 | $1,125.00 | |
| 5/21/2015 | Prepared subpoena and attachment to FLECTS | Lapointe | 0.5 | $375.00 | $187.50 | |
| 5/21/2015 | Drafting reply in support of Rule 23 motion and FLSA collective action | Lapointe | 2.58 | $375.00 | $967.50 | |
| 5/24/2015 | Prepared subpoena and attachment to FLECTS | Lapointe | 0.8 | $375.00 | $300.00 | |
| 5/24/2015 | Edits to 26(f) report and local rule 26.03 report | Lapointe | 0.4 | $375.00 | $150.00 | |
| 5/27/2015 | Emails with Carmen Martinez re FLSA opt-in forms, 26(f) report | Lapointe | 1.3 | $375.00 | $487.50 | |
| 5/27/2015 | Call with Molly Cherry re 26(f) report | Lapointe | 0.2 | $375.00 | $75.00 | |
| 5/27/2015 | Call with Nancy Bloodgood re 26(f) report | Lapointe | 0.2 | $375.00 | $75.00 | |
| 6/3/2015 | Drafted response in opposition to motion to stay ruling on FLSA and Rule 23 motions | Lapointe | 4.3 | $375.00 | $1,612.50 | |
| 6/17/2015 | Prepared subpoena and attachment to FLECTS | Lapointe | 0.5 | $375.00 | $187.50 | |
| 6/18/2015 | Prepared subpoena and attachment to FLECTS | Lapointe | 0.8 | $375.00 | $300.00 | |
| 6/19/2015 | Edits to FLECTS subpoena | Lapointe | 0.4 | $375.00 | $150.00 | |
| 6/23/2015 | Drafted interrogatories to Kiawah | Lapointe | 1.3 | $375.00 | $487.50 | |
| 6/23/2015 | Drafted seventh notice of filing FLSA consent; sent to local counsel for filing | Lapointe | 0.5 | $375.00 | $187.50 | |
| 6/23/2015 | Drafted first requests for production to Kiawah | Lapointe | 2.5 | $375.00 | $937.50 | |
| 6/24/2015 | Revise RFPs to Kiawah per Jim's suggestions | Lapointe | 0.5 | $375.00 | $187.50 | |
| 6/24/2015 | Drafted subpoena to the Graybul LP, owner of Gardens at Ashley River apartment complex | Lapointe | 0.7 | $375.00 | $262.50 | |
| 6/25/2015 | Drafted eighth notice of filing of FLSA consent; sent to local counsel for filing | Lapointe | 0.3 | $375.00 | $112.50 | |
| 6/29/2015 | Emailed and discussed with Carmen Martinez re: opt-in pay issue | Lapointe | 0.2 | $375.00 | $75.00 | |

PLAINTIFF'S EXHIBIT A

| Date | Description | Staff | Dur/Qty | Proposed Rate | Amount | Notes |
|---|---|---|---|---|---|---|
| 7/2/2015 | Finalized and served rogs and RFPs | Lapointe | 2.25 | $375.00 | $843.75 | |
| 7/14/2015 | Revised subpoena to Gardens at Ashley River | Lapointe | 0.5 | $375.00 | $187.50 | |
| 7/22/2015 | Meeting with Sarah Rich to discuss status of case and plan for discovery responses | Lapointe | 0.4 | $375.00 | $150.00 | |
| 7/22/2015 | Discuss document production issues with Sarah and Jim | Lapointe | 0.3 | $375.00 | $112.50 | |
| 7/23/2015 | Emailed court with FLSA opt-in notice proposed by Plaintiffs | Lapointe | 0.2 | $375.00 | $75.00 | |
| 7/23/2015 | Emailed opposing counsel re FLSA opt-in notice to be sent to court | Lapointe | 0.2 | $375.00 | $75.00 | |
| 7/24/2015 | Discuss with Carmen and Sarah responding to Kiawah discovery served on Plaintiffs | Lapointe | 0.2 | $375.00 | $75.00 | |
| 7/27/2015 | Reviewed order granting FLSA collective certification | Lapointe | 0.2 | $375.00 | $75.00 | |
| 7/29/2015 | Drafted interrogatory responses template | Lapointe | 1.6 | $375.00 | $600.00 | |
| 7/31/2015 | Reviewed Defendant's proposed confidentiality order | Lapointe | 0.2 | $375.00 | $75.00 | |
| 8/3/2015 | Emails with SR and JK re JCLO's role | Lapointe | 0.2 | $375.00 | $75.00 | |
| 8/3/2015 | Review and edit letter drafted by Sarah to FLECTS attorney re subpoena response | Lapointe | 0.2 | $375.00 | $75.00 | |
| 8/3/2015 | Spoke with Elvis to discuss setting up appt for rogs/RFP responses and to discuss FLSA certification and posting of notice | Lapointe | 0.2 | $375.00 | $75.00 | |
| 8/4/2015 | Emails with Sarah Rich re: objections to rogs and RFPs | Lapointe | 0.2 | $375.00 | $75.00 | |
| 8/4/2015 | Discussed with Sarah Rich order on MTD | Lapointe | 0.5 | $375.00 | $187.50 | |
| 8/4/2015 | Reviewed order on motion to dismiss | Lapointe | 0.2 | $375.00 | $75.00 | |
| 8/5/2015 | Discussed with Sarah and Jim the SCPWA and deductions for return travel | Lapointe | 0.3 | $375.00 | $112.50 | |
| 8/6/2015 | Review of and edits to JCLO subpoena | Lapointe | 0.1 | $375.00 | $37.50 | |
| 8/6/2015 | Call with Elvis Moodie, updated on MTD win and rescheduled rogs call | Lapointe | 2.1 | $375.00 | $787.50 | |
| 8/7/2015 | Call with Elvis to review interrogatory responses | Lapointe | 0.1 | $375.00 | $37.50 | |
| 8/7/2015 | Review letter drafted by Sarah re 2015 transportation deductions | Lapointe | 0.5 | $375.00 | $187.50 | |
| 8/10/2015 | Meeting with Sarah Rich, Becky Cassler, Carmen Martinez re discovery response plan | Lapointe | 0.2 | $375.00 | $75.00 | |
| 8/14/2015 | Call with Nelson Chandler, attrny for apt complex, re subpoena response and extension request | Lapointe | 0.1 | $375.00 | $37.50 | |
| 8/14/2015 | Discussion with Sarah re proposed consent amended scheduling order | Lapointe | 0.1 | $375.00 | $37.50 | |
| 8/14/2015 | E-mailed notice of right to opt-in to lawsuit to workers | Lapointe | 0.2 | $375.00 | $75.00 | |
| 8/18/2015 | Discussion with Jim re redacting documents in Xera and mechanics of production | Lapointe | 0.1 | $375.00 | $37.50 | |
| 8/18/2015 | Discussion with Sarah re damages under breach of contract claim | Lapointe | 0.2 | $375.00 | $75.00 | |
| 8/18/2015 | Discussion with Jim about damages interrogatory | Lapointe | 0.2 | $375.00 | $75.00 | |
| 8/18/2015 | Call with Nelson Chandler re subpoena to apartment complex, content of documents and method of production | Lapointe | 5.4 | $375.00 | $2,025.00 | |
| 8/18/2015 | Prepared Elvis Moodie's responses to interrogatories | Lapointe | 0.2 | $375.00 | $75.00 | |
| 8/19/2015 | Review Sarah's edits to interrogatory response template | Lapointe | 0.8 | $375.00 | $300.00 | |
| 8/19/2015 | Meeting with Sarah, Carmen, Jim, to discuss discovery plan | Lapointe | 0.2 | $375.00 | $75.00 | |
| 8/19/2015 | Discussion with Carmen re plan for finalizing rog responses | Lapointe | 0.2 | $375.00 | $75.00 | |
| 8/19/2015 | Discussion with Sarah re damages theories | Lapointe | 0.58 | $375.00 | $217.50 | |
| 8/20/2015 | Update draft of Desmond Ellis rog responses | Lapointe | 0.7 | $375.00 | $262.50 | |
| 8/20/2015 | Update draft of Keisha Collins Ennis rog responses | Lapointe | 1.7 | $375.00 | $637.50 | |
| 8/20/2015 | Incorporate edits to Elvis Moodie's interrogatory responses following conversation with him | Lapointe | 0.5 | $375.00 | $187.50 | |
| 8/20/2015 | Edit Rayon Fisher interrogatory responses drafted by Carmen | Lapointe | 1.3 | $375.00 | $487.50 | |
| 8/20/2015 | Call with Elvis Moodie to review interrogatory responses | Lapointe | 0.2 | $375.00 | $75.00 | |
| 8/21/2015 | Various e-mails with Carmen, admin re downloading Elvis' paystubs from Kiawah system and uploading to Xera | Lapointe | 0.2 | $375.00 | $75.00 | |
| 8/21/2015 | Various emails with Carmen Martinez re finalizing rog responses for Desmond and Rayon, documents | Lapointe | 0.2 | $375.00 | $75.00 | |
| 8/21/2015 | Send draft of rog responses to co-counsel Nancy Bloodgood, request her feedback | Lapointe | 0.83 | $375.00 | $311.25 | |
| 8/21/2015 | Finalizing Elvis Moodie rog responses, writing letter to him re sending back sig page | Lapointe | 1.53 | $375.00 | $573.75 | |
| 8/22/2015 | Review Keisha Collins Ennis rog responses with her and go over detail missing from first draft | Lapointe | 0.1 | $375.00 | $37.50 | |
| 8/23/2015 | called Elvis re receipt of documents | Lapointe | 1.3 | $375.00 | $487.50 | |
| 8/24/2015 | Update Keisha's rog responses and send to her for her signature | Lapointe | 0.58 | $375.00 | $217.50 | |
| 8/24/2015 | Edit Desmond rog responses | Lapointe | 0.58 | $375.00 | $217.50 | |
| 8/24/2015 | Edit Rayon rog responses | Lapointe | 0.1 | $375.00 | $37.50 | |
| 8/24/2015 | Called Keisha re whether she received documents | Lapointe | 0.7 | $375.00 | $262.50 | |
| 8/24/2015 | Edit Desmond's rog responses | Lapointe | 0.8 | $375.00 | $300.00 | |
| 8/24/2015 | Edited Rayon's rog responses | Lapointe | 0.4 | $375.00 | $150.00 | |
| 8/24/2015 | Reviewed class cert decision and discussed with Jim | Lapointe | 0.4 | $375.00 | $150.00 | |
| 8/25/2015 | drafted response letter to N. Chandler re Gardens at Ashley River subpoena response | Lapointe | 0.5 | $375.00 | $187.50 | |
| 8/25/2015 | Final edits to Desmond rog responses | Lapointe | 0.4 | $375.00 | $150.00 | |
| 8/25/2015 | Final edits to Rayon rog responses | Lapointe | 0.3 | $375.00 | $112.50 | |
| 8/25/2015 | Final edits to Keisha rog responses | Lapointe | 0.3 | $375.00 | $112.50 | |
| 8/25/2015 | Final edits to Elvis rog responses | Lapointe | | | | |

| Date | Description | Staff | Dur/Qty | Proposed Rate | Amount | Notes |
|---|---|---|---|---|---|---|
| 8/25/2015 | Multiple e-mails with Carmen, Sarah, Jim re Desmond's responsive documents | Lapointe | 0.3 | $375.00 | $112.50 | |
| 8/25/2015 | Spoke with Keisha re small edits to rog responses and signature | Lapointe | 0.2 | $375.00 | $75.00 | |
| 8/25/2015 | Calendar deadlines from scheduling order | Lapointe | 0.3 | $375.00 | $112.50 | |
| 8/26/2015 | Additional review of Desmond rog responses after edit from Sarah and comments from Carmen | Lapointe | 0.2 | $375.00 | $75.00 | |
| 8/26/2015 | Additional review of Rayon rog responses after edits from Sarah and comments from Carmen | Lapointe | 0.2 | $375.00 | $75.00 | |
| 8/26/2015 | Various e-mails with Jim, Sarah, Carmen re responsiveness of Plaintiff documents | Lapointe | 0.3 | $375.00 | $112.50 | |
| 8/26/2015 | Added RFP responses to Rayon Fisher's rog responses | Lapointe | 0.2 | $375.00 | $75.00 | |
| 8/26/2015 | Added RFP responses to Elvis' Moodie's rog responses | Lapointe | 0.2 | $375.00 | $75.00 | |
| 8/26/2015 | Reviewed and commented on draft RFP responses | Lapointe | 0.2 | $375.00 | $75.00 | |
| 8/27/2015 | Meeting with Sarah, Carmen, Jim to discuss upcoming discovery tasks | Lapointe | 1 | $375.00 | $375.00 | |
| 8/27/2015 | draft litigation task list | Lapointe | 0.4 | $375.00 | $150.00 | |
| 8/27/2015 | Responded to Cherie Blackburn's email re subpoena productions | Lapointe | 0.1 | $375.00 | $37.50 | |
| 8/27/2015 | Meeting with Sarah, Carmen, and Jim re finalizing discovery responses for production | Lapointe | 0.2 | $375.00 | $75.00 | |
| 8/27/2015 | Finalize and send responses to Defendants' first rogs and RFPs via email and US mail | Lapointe | 1.2 | $375.00 | $450.00 | |
| 8/27/2015 | Team meeting re coding documents (Sarah, Emily, Carmen, Jim) | Lapointe | 1 | $375.00 | $375.00 | |
| 8/31/2015 | Prepare subpoena for documents to Brantley Properties, Inc. (including related searching for proper corporate entity for service and emails with Carmen | Lapointe | 0.7 | $375.00 | $262.50 | |
| 8/31/2015 | draft list of issues for coding Kiawah docs | Lapointe | 0.2 | $375.00 | $75.00 | |
| 9/8/2015 | Reviewed complaint for places we need to amend, drafted email to opposing counsel re amendment | Lapointe | 0.3 | $375.00 | $112.50 | |
| 9/8/2015 | Edited proposed class notice and opt-out form; referenced other class notices we did previously | Lapointe | 0.9 | $375.00 | $337.50 | |
| 9/9/2015 | Drafted proposed first amended complaint; including looking at OFLC data and personnel files for 2015 | Lapointe | 1.1 | $375.00 | $412.50 | |
| 9/9/2015 | Discuss proposed additions to first amended complaint with Jim | Lapointe | 0.2 | $375.00 | $75.00 | |
| 9/10/2015 | Discuss with Jim contents of privilege log; Xera redactions/privilege coding | Lapointe | 0.1 | $375.00 | $37.50 | |
| 9/10/2015 | Edits to first amended complaint | Lapointe | 0.3 | $375.00 | $112.50 | |
| 9/11/2015 | Meeting with Sarah and Jim re document types and coding in Xera | Lapointe | 0.5 | $375.00 | $187.50 | |
| 9/11/2015 | Draft privilege log for defendant's first set of interrogatories and RFPs (reviewing docs on Xera for privilege); send to Sarah and Jim with comments | Lapointe | 1 | $375.00 | $375.00 | |
| 9/14/2015 | Finalized and served privilege log | Lapointe | 0.2 | $375.00 | $75.00 | |
| 9/16/2015 | Review NHE, Inc., subpoena response and organize documents in Escanit | Lapointe | 0.8 | $375.00 | $300.00 | |
| 9/17/2015 | Review NHE, Inc., subpoena response and organize documents in Escanit | Lapointe | 1.1 | $375.00 | $412.50 | |
| 9/17/2015 | reviewed new FLSA consents, made corrections to notice, emailed Sarah and Carmen with clarifying questions | Lapointe | 0.3 | $375.00 | $112.50 | |
| 9/17/2015 | Review NHE, Inc., subpoena response and organize documents in Escanit | Lapointe | 2.8 | $375.00 | $1,050.00 | |
| 9/29/2015 | Meeting with Sarah, Carmen, Jim re coding documents and outstanding discovery issues | Lapointe | 1 | $375.00 | $375.00 | |
| 10/2/2015 | Telephonic meet and confer with opposing counsel re discovery disputes | Lapointe | 0.8 | $375.00 | $300.00 | |
| 10/2/2015 | Prepared with SR for meeting with opposing counsel re discovery | Lapointe | 0.3 | $375.00 | $112.50 | |
| 10/5/2015 | Discuss Kiawah discovery disputes with Jim before sending final letter to opposing counsel | Lapointe | 0.2 | $375.00 | $75.00 | |
| 10/5/2015 | Review, revise, send letter to opposing counsel re discovery disputes | Lapointe | 0.8 | $375.00 | $300.00 | |
| 10/8/2015 | Emails with Cherie Blackburn re Ceridian and production of weekly payroll data | Lapointe | 0.2 | $375.00 | $75.00 | |
| 10/8/2015 | Emails with Carmen re planned outreach to Kiawah | Lapointe | 0.2 | $375.00 | $75.00 | |
| 10/8/2015 | Prepare subpoena and attachment for SCANA-SCE&G | Lapointe | 0.5 | $375.00 | $187.50 | |
| 10/8/2015 | Prepare subpoena and attachment for Ceridian | Lapointe | 0.7 | $375.00 | $262.50 | |
| 10/9/2015 | Talk to Carmen about service of SCANA and Ceridian subpoenas | Lapointe | 0.2 | $375.00 | $75.00 | |
| 10/9/2015 | Finalize and send to opposing counsel SCANA subpoena | Lapointe | 0.2 | $375.00 | $75.00 | |
| 10/9/2015 | Finalize and send to opposing counsel Ceridian subpoena | Lapointe | 0.3 | $375.00 | $112.50 | |
| 10/12/2015 | Spoke with SR re responding to letter from opposing counsel re discovery disputes | Lapointe | 0.2 | $375.00 | $75.00 | |
| 10/12/2015 | Reviewed letter from opposing counsel re discovery disputes | Lapointe | 0.1 | $375.00 | $37.50 | |
| 10/13/2015 | Discussed SCANA (SCE&G) subpoena response with SCANA rep | Lapointe | 0.1 | $375.00 | $37.50 | |
| 10/13/2015 | Incorporated edits, finalized, sent letter to opposing counsel re discovery disputes | Lapointe | 0.4 | $375.00 | $150.00 | |
| 10/14/2015 | Meeting with Sarah to discuss responsibility for drafting reply in support of motion to amend and stipulated facts for SJ | Lapointe | 0.1 | $375.00 | $37.50 | |
| 10/14/2015 | Meeting with Sarah, Jim, and Carmen to discuss plan for computing settlement demand and proposed stipulated facts for summary judgment motions | Lapointe | 1 | $375.00 | $375.00 | |
| 10/14/2015 | Drafted letter to opposing counsel re discovery disputes | Lapointe | 0.7 | $375.00 | $262.50 | |
| 10/16/2015 | Further review/edits of Sarah's reply in support of motion for leave to amend | Lapointe | 0.2 | $375.00 | $75.00 | |
| 10/16/2015 | Review and edits Sarah's reply in support of motion to amend complaint | Lapointe | 0.6 | $375.00 | $225.00 | |
| 10/16/2015 | Wrote e-mail to Sarah and Jim re Cherie's email about discovery disputes | Lapointe | 0.1 | $375.00 | $37.50 | |
| 10/16/2015 | Reviewed e-mail from Cherie Blackburn re continued discovery disputes | Lapointe | 0.1 | $375.00 | $37.50 | |
| 10/19/2015 | Meet with current and potential clients to discuss status of lawsuit | Lapointe | 3.3 | $375.00 | $1,237.50 | |
| 10/19/2015 | Travel from Atlanta to Charleston to meet with clients | Lapointe | 5.33 | $375.00 | $1,998.75 | |
| 10/20/2015 | Debrief call with Sarah and Jim following discovery call with Cherie | Lapointe | 0.3 | $375.00 | $112.50 | |
| 10/20/2015 | Call with Jim and Sarah to prepare for Cherie Blackburn call | Lapointe | 0.1 | $375.00 | $37.50 | |

| Date | Description | Staff | Dur/Qty | Proposed Rate | Amount | Notes |
|---|---|---|---|---|---|---|
| 10/20/2015 | Phone call with Cherie Blackburn, Sarah and Jim re ongoing discovery issues | Lapointe | 0.8 | $375.00 | $300.00 | |
| 10/20/2015 | Meet with clients Elvis Modie and Archie McKella to discuss status of lawsuit | Lapointe | 1 | $375.00 | $375.00 | |
| 10/20/2015 | Return travel from Charleston after meeting with clients | Lapointe | 5 | $375.00 | $1,875.00 | |
| 10/21/2015 | Various emails with SPLC team re scheduling depositions of clients | Lapointe | 0.2 | $375.00 | $75.00 | |
| 10/22/2015 | Call with Kathy Rhoden at SCANA/SCE&G re subpoena response and requested Excel spreadsheets | Lapointe | 0.2 | $375.00 | $75.00 | |
| 11/17/2015 | Respond to email from Ceridian counsel re subpoena | Lapointe | 0.1 | $375.00 | $37.50 | |
| 11/17/2015 | Meeting with Sarah, Jim, Carmen to discuss deposition scheduling and next steps in litigation | Lapointe | 1 | $375.00 | $375.00 | |
| 11/18/2015 | Meeting with Sarah and Jim to discuss revised deposition plan, extending discovery, likely SJ motion from defendant | Lapointe | 0.5 | $375.00 | $187.50 | |
| 11/18/2015 | Discussion with Sarah re staffing depositions in Jamaica and Miami | Lapointe | 0.2 | $375.00 | $75.00 | |
| 11/19/2015 | Review and edit joint motion to extend discovery deadline and proposed order | Lapointe | 0.2 | $375.00 | $75.00 | |
| 12/4/2015 | Discuss with Sarah Rich depositions in Montego Bay and plans for Kiawah HR depositions | Lapointe | 0.4 | $375.00 | $150.00 | |
| 12/5/2015 | Prepared for depositions of Beverly Wall and Jacky Regan | Lapointe | 2.2 | $375.00 | $825.00 | |
| 12/7/2015 | Drafting deposition notice for Jessie Simpson | Lapointe | 0.2 | $375.00 | $75.00 | |
| 12/7/2015 | Talk with Jim Knoepp re Kiawah depositions and production of payroll docs | Lapointe | 0.2 | $375.00 | $75.00 | |
| 12/7/2015 | Email Carmen Martinez re court reporter for deposition | Lapointe | 0.1 | $375.00 | $37.50 | |
| 12/7/2015 | Email Cherie Blackburn re depositions of Kiawah HR personnel Dec. 14 and 15 | Lapointe | 0 | $375.00 | $0.00 | |
| 12/7/2015 | Talk with Denise LeClerc re depositions of Kiawah HR personnel | Lapointe | 0.1 | $375.00 | $37.50 | |
| 12/7/2015 | Talk with Sarah R. about deps of Kiawah HR personnel Dec. 14 and 15 | Lapointe | 0.1 | $375.00 | $37.50 | |
| 12/8/2015 | Email Ceridian Counsel Gary Hansen re subpoena | Lapointe | 0.1 | $375.00 | $37.50 | |
| 12/8/2015 | Meeting with Sarah and Jim re upcoming depositions of HR personnel, documents, and expert report | Lapointe | 1.1 | $375.00 | $412.50 | |
| 12/10/2015 | Prepared for deposition of Beverly Wall | Lapointe | 0.8 | $375.00 | $300.00 | |
| 12/13/2015 | Travel from Atlanta to Charleston for Regan, Wall, Simpson deps | Lapointe | 5.5 | $375.00 | $2,062.50 | |
| 12/13/2015 | Prepared for Jacky Regan deposition | Lapointe | 0.6 | $375.00 | $225.00 | |
| 12/13/2015 | Prep for B. Wall deposition | Lapointe | 1.8 | $375.00 | $675.00 | |
| 12/14/2015 | Prepared for deposition of Jackie Regan | Lapointe | 1.67 | $375.00 | $626.25 | |
| 12/14/2015 | Travel from Nexsen Pruet office to hotel following Monday depositions | Lapointe | 0.3 | $375.00 | $112.50 | |
| 12/14/2015 | Took deposition of B. Wall | Lapointe | 2 | $375.00 | $750.00 | |
| 12/14/2015 | Discussion with co-counsel of mediators and upcoming depositions | Lapointe | 0.3 | $375.00 | $112.50 | |
| 12/14/2015 | Travel from hotel to Nexsen Pruet office for deposition of J. Simpson and B. Wall | Lapointe | 0.3 | $375.00 | $112.50 | |
| 12/14/2015 | Prep for B. Wall dep. | Lapointe | 1.5 | $375.00 | $562.50 | |
| 12/15/2015 | Travel from Charleston to Atlanta following depositions | Lapointe | 5 | $375.00 | $1,875.00 | |
| 12/15/2015 | Travel to Nexsen Pruet for J. Regan dep from hotel | Lapointe | 0.3 | $375.00 | $112.50 | |
| 12/15/2015 | Took deposition of J. Regan | Lapointe | 4.5 | $375.00 | $1,687.50 | |
| 12/15/2015 | Prepared for deposition of Jacky Regan | Lapointe | 2.4 | $375.00 | $900.00 | |
| 12/16/2015 | Call with opposing counsel re payroll issue and scheduling depositions, mediation | Lapointe | 0.9 | $375.00 | $337.50 | |
| 12/16/2015 | Debrief with co-counsel re depositions of HR personnel | Lapointe | 0.4 | $375.00 | $150.00 | |
| 12/18/2015 | Call with Sarah and Jim debriefing after discovery call with opposing counsel | Lapointe | 0.3 | $375.00 | $112.50 | |
| 12/29/2015 | Emails with Carmen re serving subpoena to defendant's expert | Lapointe | 0.2 | $375.00 | $75.00 | |
| 12/30/2015 | Finalize subpoena to Perry Woodside for Carmen to send for service | Lapointe | 0.2 | $375.00 | $75.00 | |
| 12/31/2015 | Call with Jim and C. Blackburn to discuss production of payroll, calculation of damages, mediation, supplementing discovery responses related to week | Lapointe | 0.7 | $375.00 | $262.50 | |
| 1/5/2016 | Emails to Sarah and Jim re privilege log served by defendant | Lapointe | 0.2 | $375.00 | $75.00 | |
| 1/6/2016 | Research into applicability of work product privilege for communications between employees of defendant | Lapointe | 1.62 | $375.00 | $607.50 | |
| 1/6/2016 | Meeting with Jim and Sarah re comms with R. 23 class members, def's priv log, other discovery issues and mediation | Lapointe | 0.2 | $375.00 | $75.00 | |
| 1/7/2016 | Research propriety of defendants' communications with class members | Lapointe | 2.08 | $375.00 | $780.00 | |
| 1/7/2016 | Discussion with Jim and Sarah about damages | Lapointe | 0.2 | $375.00 | $75.00 | |
| 1/7/2016 | Drafted letter to C. Blackburn re discovery disputes related to withheld docs, redactions, and rog responses | Lapointe | 1.8 | $375.00 | $675.00 | |
| 1/8/2016 | Draft letter to C. Blackburn re Kiawah's communications with class members | Lapointe | 2 | $375.00 | $750.00 | |
| 1/8/2016 | Edits to confidential mediation statement | Lapointe | 0.8 | $375.00 | $300.00 | |
| 1/8/2016 | Call with Cherie Blackburn re privilege log | Lapointe | 0.5 | $375.00 | $187.50 | |
| 1/8/2016 | Research on applicability of tip credit | Lapointe | 0.5 | $375.00 | $187.50 | |
| 1/8/2016 | Review cases on attorneys' fees in D. S.C. from SB 20 case for purposes of mediation | Lapointe | 0.4 | $375.00 | $150.00 | |
| 1/8/2016 | Draft Letter to C. Blackburn re communications with class members | Lapointe | 1.7 | $375.00 | $637.50 | |
| 1/9/2016 | Create spreadsheet for fees calculations | Lapointe | 0.5 | $375.00 | $187.50 | |
| 1/10/2016 | Travel from Atlanta to Charleston | Lapointe | 5.5 | $375.00 | $2,062.50 | |
| 1/10/2016 | Research on applicability of tip credit | Lapointe | 0.6 | $375.00 | $225.00 | |
| 1/11/2016 | Travel time from hotel to Nexsen Pruet office for Bujak deposition | Lapointe | 0.3 | $375.00 | $112.50 | |
| 1/11/2016 | Research on 29 USC 203(m) and what can be included in reasonable costs | Lapointe | 0.2 | $375.00 | $75.00 | |

| Date | Description | Staff | Dur/Qty | Proposed Rate | Amount | Notes |
|---|---|---|---|---|---|---|
| 1/11/2016 | Research on tip credit | Lapointe | 0.4 | $375.00 | $150.00 | |
| 1/12/2016 | Research on tip credit and emails with Jim, Sarah re same | Lapointe | 1.48 | $375.00 | $555.00 | |
| 1/12/2016 | Reviewed documents in preparation for J. Bozard deposition | Lapointe | 3.6 | $375.00 | $1,350.00 | |
| 1/12/2016 | Research on 29 USC 203(m) and reasonable costs | Lapointe | 0.3 | $375.00 | $112.50 | |
| 1/13/2016 | Travel from Charleston to Atlanta following mediation | Lapointe | 5.5 | $375.00 | $2,062.50 | |
| 1/13/2016 | Travel time to mediation | Lapointe | 0.4 | $375.00 | $150.00 | |
| 1/13/2016 | Participated in mediation | Lapointe | 8.5 | $375.00 | $3,187.50 | |
| 1/14/2016 | Meeting with JK, SR to discuss continued settlement discussions, plan for | Lapointe | 0.5 | $375.00 | $187.50 | |
| 1/14/2016 | Emails with Carmen and Sarah re Desmond Ellis deposition | Lapointe | 0.2 | $375.00 | $75.00 | |
| 1/15/2016 | Prepare for J. Bozard deposition - document review | Lapointe | 0.5 | $375.00 | $187.50 | |
| 1/15/2016 | Discussions with JK, SR re deposition of J. Bozard, Kiawah pay practices for tipped employees | Lapointe | 0.4 | $375.00 | $150.00 | |
| 1/16/2016 | Prepare for J. Bozard deposition - document review | Lapointe | 2.92 | $375.00 | $1,095.00 | |
| 1/16/2016 | Prepare for J. Bozard deposition - document review | Lapointe | 1.5 | $375.00 | $562.50 | |
| 1/17/2016 | Prepare for Jennifer Bozard deposition--document review | Lapointe | 4.23 | $375.00 | $1,586.25 | |
| 1/17/2016 | Prepare for J. Bozard deposition--document review | Lapointe | 4.3 | $375.00 | $1,612.50 | |
| 1/17/2016 | Prepare for Jennifer Bozard deposition - document review | Lapointe | 3.5 | $375.00 | $1,312.50 | |
| 1/18/2016 | Travel from Atlanta to Charleston for J. Bozard deposition | Lapointe | 4.2 | $375.00 | $1,575.00 | |
| 1/18/2016 | Prepare for Jennifer Bozard deposition--document review and outline | Lapointe | 4.3 | $375.00 | $1,612.50 | |
| 1/19/2016 | Take Jennifer Bozard deposition | Lapointe | 8 | $375.00 | $3,000.00 | |
| 1/19/2016 | Travel time from hotel to Nexsen Pruet for J. Bozard deposition | Lapointe | 0.3 | $375.00 | $112.50 | |
| 1/19/2016 | Final preparation for Jennifer Bozard deposition | Lapointe | 1.2 | $375.00 | $450.00 | |
| 1/20/2016 | Travel from Charleston to Atlanta following J. Bozard deposition | Lapointe | 5.5 | $375.00 | $2,062.50 | |
| 1/20/2016 | Consult with Jim and Sarah re: settlement and tip credit damages | Lapointe | 0.3 | $375.00 | $112.50 | |
| 1/21/2016 | Discussion with Sarah and Jim on tip credit and SCPWA | Lapointe | 0.2 | $375.00 | $75.00 | |
| 1/21/2016 | Reviewed D.S.C. case on tip credit under SCPWA | Lapointe | 0.2 | $375.00 | $75.00 | |
| 1/21/2016 | Further discussion with Jim re: tip credit and amending complaint | Lapointe | 0.2 | $375.00 | $75.00 | |
| 1/22/2016 | Prepare for J. Bozard deposition--outlining and document review | Lapointe | 3.5 | $375.00 | $1,312.50 | |
| 1/22/2016 | Discussion with Jim Knoepp and Dan Werner re tip credit | Lapointe | 0.6 | $375.00 | $225.00 | |
| 1/27/2016 | Travel to Miami for FLECTS, Hobbs, and D. Ellis depositions | Lapointe | 5.5 | $375.00 | $2,062.50 | |
| 1/27/2016 | Emails with Jim Knoepp re Desmond Ellis deposition prep | Lapointe | 0.2 | $375.00 | $75.00 | |
| 1/27/2016 | Prep for D. Ellis deposition -- review documents on Xera | Lapointe | 1.3 | $375.00 | $487.50 | |
| 1/27/2016 | Various emails with Carmen Martinez re D. Ellis travel plans for deposition | Lapointe | 0.3 | $375.00 | $112.50 | |
| 1/27/2016 | Meet with Jim and Sarah to discuss 30(b)(6) deposition topics | Lapointe | 0.5 | $375.00 | $187.50 | |
| 1/28/2016 | Prepped client Desmond Ellis for deposition (with SR) | Lapointe | 2 | $375.00 | $750.00 | |
| 1/29/2016 | Return travel from Miami to Atlanta following D. Ellis deposition | Lapointe | 5.5 | $375.00 | $2,062.50 | |
| 2/3/2016 | Meeting with Sarah, Jim, and Carmen to plan for summary judgment filing | Lapointe | 1 | $375.00 | $375.00 | |
| 2/3/2016 | Gather documents to file second amended complaint; emails with co-counsel re same | Lapointe | 0.3 | $375.00 | $112.50 | |
| 2/4/2016 | Research and drafting of motion for protective order re immigration status | Lapointe | 1.5 | $375.00 | $562.50 | |
| 2/4/2016 | Research into immigration status inquiries in wage cases; assertion of 5A privilege; protective orders | Lapointe | 1 | $375.00 | $375.00 | |
| 2/4/2016 | Emails with co-counsel re local rules on assertion of privilege at deposition and need to file motion for protective order | Lapointe | 0.2 | $375.00 | $75.00 | |
| 2/4/2016 | Draft motion to extend deadline to file motion for protective order re Ellis dep | Lapointe | 0.5 | $375.00 | $187.50 | |
| 2/8/2016 | Review and code J. Regan (Carter) dep for SJ | Lapointe | 1.8 | $375.00 | $675.00 | |
| 2/8/2016 | Review and code B. Wall deposition for SJ | Lapointe | 0.8 | $375.00 | $300.00 | |
| 2/9/2016 | Review motions submitted in case involving SCPWA and tips; email Jim and Sarah re same | Lapointe | 0.2 | $375.00 | $75.00 | |
| 2/9/2016 | Call with court reporting service re returning Tibbets deposition transcript (original) at request of defendant for confidential designations | Lapointe | 0.1 | $375.00 | $37.50 | |
| 2/9/2016 | Emails with Carmen re Tibbets transcript and returning it at request of defendants | Lapointe | 0.2 | $375.00 | $75.00 | |
| 2/9/2016 | Review and code J. Bozard dep. for SJ filing | Lapointe | 1.6 | $375.00 | $600.00 | |
| 2/11/2016 | Discussion with Jim, Sarah re settlement | Lapointe | 0.2 | $375.00 | $75.00 | |
| 2/11/2016 | Complete review and coding of Jennifer Bozard deposition for MSJ | Lapointe | 1.3 | $375.00 | $487.50 | |
| 2/18/2016 | Prepare joint motion for entry of protective order re Desmond Ellis deposition and proposed order | Lapointe | 0.6 | $375.00 | $225.00 | |
| 2/18/2016 | Research for opposition to motion to extend opt-out period | Lapointe | 1.3 | $375.00 | $487.50 | |
| 2/18/2016 | Review and code deposition of Desmond Ellis | Lapointe | 0.5 | $375.00 | $187.50 | |
| 2/19/2016 | Draft opposition to motion to extend opt-out period | Lapointe | 2.1 | $375.00 | $787.50 | |
| 2/19/2016 | Additional revisions to motion for protective order and propose order following call with Cherie Blackburn | Lapointe | 0.2 | $375.00 | $75.00 | |
| 2/19/2016 | Call with Cherie Blackburn re motion for protective order | Lapointe | 0.2 | $375.00 | $75.00 | |
| 2/21/2016 | Drafted opposition to motion to extend opt-out period | Lapointe | 1.42 | $375.00 | $532.50 | |
| 2/22/2016 | Drafting opposition to motion to extend opt-out period | Lapointe | 2.1 | $375.00 | $787.50 | |

| Date | Description | Staff | Dur/Qty | Proposed Rate | Amount | Notes |
|---|---|---|---|---|---|---|
| 2/23/2016 | Discuss second round of mediation with Jim and Sarah | Lapointe | 0.2 | $375.00 | $75.00 | |
| 2/24/2016 | Incorporate edits; finalize opposition to motion to extend opt-out period, including exhibit, send to local counsel for filing | Lapointe | 2.1 | $375.00 | $787.50 | |
| 2/25/2016 | Research on willfulness for summary judgment | Lapointe | 2 | $375.00 | $750.00 | |
| 2/29/2016 | Drafting willfulness section of MSJ | Lapointe | 1.33 | $375.00 | $498.75 | |
| 2/29/2016 | Drafting sections on willfulness for SJ motion | Lapointe | 5.5 | $375.00 | $2,062.50 | |