UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| ELVIS MOODIE, RAYON FISHER, DESMOND ELLIS, and KEISHA COLLINS-ENNIS, on behalf of themselves and all others similarly situated, | ) ) ) ) ) |
| Plaintiffs, | ) Case No. 2:15-cv-01097-RMG ) ) |
| v. | ) ) |
| KIAWAH ISLAND INN COMPANY, LLC, d/b/a KIAWAH ISLAND GOLF RESORT, | ) ) ) |
| Defendant. | ) ) |

## FINAL JUDGMENT ORDER

This matter is before the Court on the parties' Joint Motion for Final Approval of Class Action Settlement and Entry of Final Judgment (Dkt. No. 173) and Plaintiffs' Motion for Approval of Costs and Attorneys' Fees (Dkt. No. 174). The Court previously granted preliminary approval to the class action settlement in this case on June 14, 2016. (Dkt. No. 170.) After a final fairness hearing with respect to the class action settlement on December 16, 2016, the Court entered Findings of Fact and Conclusions of Law, finding and concluding that the settlement and its terms are fair, reasonable, and adequate. (Dkt. No. 176.)

Based on the foregoing, **IT IS HEREBY ORDERED**:

1. The Court approves the settlement and its terms as fair, reasonable, and adequate, and the parties' joint motion for final approval of the class action settlement (Dkt. No. 173) is **GRANTED**.

2. The Court **GRANTS** Plaintiffs' motion for approval of costs and attorney's fees for class counsel (Dkt. No. 174) in the amount of $300,000.00.

3. Settlement Services, Inc., of Tallahassee, Florida, is appointed to act as the Settlement Administrator, pursuant to the terms of the settlement, and will work under the direction of Class Counsel.

4. By means of this Order, this Court hereby enters final judgment in this action, as defined by Federal Rule of Civil Procedure 58(a)(1).

5. Without affecting the finality of this final judgment in any way, the Court retains jurisdiction of all matters relating to the interpretation, administration, implementation, effectuation, and enforcement of this Order and the settlement. *Kikkonen v. Guardian Life Ins. Co.*, 511 U.S. 375, 380-82 (1994).

6. The parties are hereby ordered to implement and comply with the terms of the settlement.

7. This action is dismissed with prejudice, subject to the terms of the settlement agreement.

**AND IT IS SO ORDERED.**

_____
Richard Mark Gergel
United States District Judge

December 16, 2016
Charleston, South Carolina